SCHWARTZ, Senior Judge.
 

 Notwithstanding a contrary suggestion in ill-advised dicta in
 
 Gaskin v. State,
 
 869 So.2d 646, 647 n. 1 (Fla. 3d DCA 2004), there
 
 is
 
 a crime of burglary with intent to commit the underlying offense of resisting without violence, which occurs, as in this case, when a person fleeing from a lawful attempted arrest enters a structure without permission in order to evade capture.
 
 *538
 

 See Jean-Marie v. State,
 
 947 So.2d 484 (Fla. 3d DCA 2006);
 
 Nicarry v. State,
 
 795 So.2d 1114 (Fla. 5th DCA 2001);
 
 Britton v. State,
 
 604 So.2d 1288 (Fla. 2d DCA 1992);
 
 Burton v. State,
 
 925 A.2d 503 (Del.2007);
 
 Patrick v. State,
 
 922 A.2d 415 (Del.2007);
 
 State v. Williams,
 
 229 N.J.Super. 179, 550 A.2d 1298 (1988). Because the evidence supports the jury’s finding that the defendant was guilty of that offense — and there is no harmful error — the judgment below is affirmed.